NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SIRONA DENTAL SYSTEMS, INC.,**
*Appellant,*

**v.**

**DAVID J. KAPPOS, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Appellee,*

***and***

***3M ESPE AG,***
*Appellee.*

---

2012-1097
(Reexamination No. 95/000,390)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**JUDGMENT**

---

JOHN D. CARPENTER, Law Office of John D. Carpenter, of Pasadena, California, argued for the appellant. Of counsel on the brief was DAVID A. DILLARD, Christie, Parker & Hale LLP, of Glendale, California.

LYNNE E. PETTIGREW, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia argued for appellee United States Patent and Trademark Office. With her on the brief were

RAYMOND T. CHEN, Solicitor, and FARHEENA Y. RASHEED, Associate Solicitor. Of counsel was BENJAMIN D.M. WOOD.

PAMELA STEWART, 3M Innovative Properties Company, of St. Paul, Minnesota, argued for the appellee 3M ESPE AG. Of counsel on the brief was JOHN C. ADKISSON, Fish & Richardson, P.C., of Minneapolis, Minnesota.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, PROST, and MOORE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 20, 2012            /s/ Jan Horbaly
    Date                        Jan Horbaly
                                  Clerk